UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NAKIA L. JONES, | ) | CASE NO.: 1:18-CV-00647 |
| | ) | |
| Plaintiff, | ) | JUDGE:  PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | **JOINT STATUS REPORT** |
| | ) | |
| CITY OF WARRENSVILLE HEIGHTS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

**I.  STATUS OF DISCOVERY**

Initial disclosures have been exchanged.  Defendants propounded discovery requests upon Plaintiff, and Plaintiff provided responses Friday, August 17, 2018.  Plaintiff is in the process of providing additional tax documents, a verification page, and copies of documents that appeared blurry when produced. The parties intend to begin scheduling depositions soon.

**II.  SETTLEMENT POSITIONS**

The parties have not discussed settlement.

**III.  ISSUES TO BE ADDRESSED**

None at this time.

                                        Respectfully submitted,

| | |
|---|---|
| */s/John F. Myers* (by email consent 8/23/18) | s/*Amily A. Imbrogno* |
| JOHN F. MYERS (0032779) | JAMES A. CLIMER  (0001532) |
| 275 North Portage Path, #3C | AMILY A. IMBROGNO  (0092434) |
| Akron, Ohio 44303 | Mazanec, Raskin & Ryder Co., L.P.A. |
| (330) 535-0850 | 100 Franklin's Row |
| Email: johnmyerscolpa@gmail.com | 34305 Solon Road |
| | Cleveland, Ohio  44139 |
| Attorney for Plaintiff | (440) 248-7906 |
| | (440) 248-8861 - Fax |
| | Email:   jclimer@mrrlaw.com |
| | aimbrogno@mrrlaw.com |

Of Counsel:
TERESA METCALF BEASLEY (0061314)
City of Warrensville Heights
4301 Warrensville Center Road
Warrensville Heights, OH  44128
(216) 587-6500
Email: tmbeasley@cityofwarrensville.com

Counsel for Defendant City of Warrensville Heights, Mayor Bradley D. Sellers, and Chief of Police Wesley Haynes

## **CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, August 23, 2018, a copy of the foregoing JOINT STATUS REPORT was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Amily A. Imbrogno*
AMILY A. IMBROGNO  (0092434)

Counsel for Defendants City of Warrensville Heights, Mayor Bradley D. Sellers, and Chief of Police Wesley Haynes

TMHCCPR-180105/Joint Status Report