# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **NAKIA L. JONES,** | CASE NO. 1:18-cv-647 |
| **Plaintiff,** | **Judge Patricia A. Gaughan** |
| vs. | |
| **CITY OF WARRENSVILLE HEIGHTS, ET AL.,** | Plaintiff's Notice of Appeal |
| **Defendant.** | |

Notice is hereby given that Plaintiff, Nakia L. Jones, hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion and Order of March 6, 2019 granting Defendants' Motion for Summary Judgment.

Respectfully submitted,
s/ John F. Myers
John F. Myers #0032779
275 North Portage Path 3C
Akron, Ohio 44303
(330) 535-0850 (office)
(330) 819-3695 (cell)
johnmyerscolpa@gmail.com
Attorney for Plaintiff

### Certificate of Service

I hereby certify that on April 5, 2019 the foregoing Notice of Appeal was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John F. Myers
Attorney for Plaintiff